## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA<br>    On behalf of themselves and all<br>    others  similarly situated,<br><br>v.<br><br>PFIZER INC. and PARKE-DAVIS,<br>a division of Warner-Lambert Company<br>235 East 42nd Street<br>New York, New York 10017<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 04 10739 PBS

### DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the

United States District Court for the District of Massachusetts and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for plaintiff, The Guardian Life Insurance Company of America, hereby certifies as

follows:

Plaintiff The Guardian Life Insurance Company of America  (a private non-governmental

party) certifies that it has no corporate parents, affiliates and/or subsidiaries of that are publicly

held.

Dated: April 13 2004

Respectfully submitted,

JOEL Z. EIGERMAN

Joel Z. Eigerman (Bar No. 152000)
50 Congress Street, Suite 200
Boston, MA 02109
Telephone: (617) 367-0014
Facsimile: (617) 523-5612

Linda P. Nussbaum
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

- and -

Michael D. Hausfeld
Marlene F. Gibbons
Justine J. Kaiser
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Mark D. Fischer
Mark Sandmann
RAWLINGS & ASSOCIATES, PLLC
325 W. Main Street
Louisville, KY 40202
Telephone: (502) 587-1279
Facsimile: (502) 584-8580

*Attorneys for Plaintiff*

2