UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE 2004 APR 28 A 11: 29 U.S. DISTRICT COURT DISTRICT OF MASS.

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>On behalf of themselves and all others similarly situated,<br><br>v<br><br>PFIZER INC. and PARKE-DAVIS, a division of Warner-Lambert Company 235 East 42nd Street New York, New York 10017<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-10739 PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT/ PROOF OF SERVICE OF PAVEL BESPALKO**

Now comes the affiant and hereby states and deposes as follows:

1. I am a member in good standing of the Bar of the Supreme Judicial Court of the Commonwealth. I am also a member in good standing of the Bar of the United States District Court for the District of Massachusetts. I have personal knowledge of all the facts asserted herein.

2. On or about April 20, 2004, I caused Summons and a copy of the Complaint in the above-captioned matter to be served upon the defendant Pfizer, Inc.'s known registered agent, CT Corporation, at 1015 1015 15th Street NW, Suite 1000, Washington, DC 20005, via certified mail, pre-paid, return receipt requested in accordance with the applicable provisions of the Federal Rules of Civil Procedure and c. 223A of the Massachusetts General Laws. Attached hereto and marked as Exhibit A is a true and accurate copy of the cover letter

        to the registered agent.

3.    On or about April 26, 2004, I received a certified receipt which signified that the service was effectuated and accepted by the registered agent for defendant Pfizer, Inc. The original receipt is attached hereto and marked as Exhibit B. A copy is being filed with the Court simultaneously with this submission.

4.    I, therefore, attest and certify under pains and penalties of applicable laws, that service has been made upon defendant Pfizer, Inc., fully in accordance with Rule 4(e) of the Federal Rules of Civil Procedure and M.G.L. c. 223A.

Signed this 27th day of April 2004 under pains and penalties of applicable laws.

                                                              Pavel Bespalko

# EXHIBIT A