%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

The Guardian Life Ins. Co. of America

v.

Pfizer, Inc., & Parke-Davis, a division of Warner-Lambert Co., 235 E. 42nd St., New York, NY 10017

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04 10739 PBS**

TO: (Name and address of Defendant)

Parke-Davis
c/o CT Corp
1015 15th St. NW, Suite 1000
Washington, DC 20005

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joel Z. Eigerman, Esq.
50 Congress St. #200
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within **30** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: APR 1 3 2004

