%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

The Guardian Life Ins. Co. of America

v.

Pfizer, Inc., & Parke-Davis, a division of Warner-Lambert Co., 235 E. 42nd St., New York, NY 10017

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 10739 PBS

TO: (Name and address of Defendant)

Warner Lambert Co.
c/o CT Corp.
1015 15th St., Suite 1000
Washington, DC 2005

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joel Z. Eigerman, Esq.
50 Congress St., Suite 200
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within **30** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: APR 13 2004



PRIORITY MAIL
UNITED STATES POSTAL SERVICE
www.usps.gov
LABEL 107R, OCT 1997

Law Office of
Joel Z. Eigerman
50 Congress Street, Suite 200
Boston, Massachusetts 02109

CT Corp System
1015 15th Street NW
Suite 1000
Washington, DC 20005

U.S. POSTAGE
Boston, MA 02109
APR 29, '04
Amount
$8.60
0002678-07