UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE GUARDIAN LIFE INSURANCE )
COMPANY OF AMERICA )
)
On behalf of themselves and all )
others similarly situated, )
)
v )   Civil Action No. 04-10739 PBS
)
PFIZER INC. and PARKE-DAVIS, )
)
)
Defendants. )

PLAINTIFF'S MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Now comes the Guardian Life Insurance Company of America, plaintiff in the above-captioned matter, through its local counsel, Joel Z. Eigerman, Esquire, and hereby requests that leave be granted for the following attorneys to appear *pro hac vice* to represent its interests in this particular action in this particular forum, all in accordance with Local Rule 83.5.3:

Linda P. Nussbaum, Esq.
Of Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street, 30th Floor
New York, NY 10022
212-838-7797

Marlene F. Gibbons, Esq.
Justine J. Kaiser, Esq.
Of Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005
202-408-4600

and

1

Mark D. Fisher, Esq.
Mark Sandmann, Esq.
Of Rawlings & Associates, P.L.L.C.
325 W. Main Street
Louisville, KY 40202
502-587-1279

In support of this motion, the plaintiff submits the accompanying Local Rule 83.5.3 Certificates of the listed counsel (attached as Exhibits A through E hereto) and Affidavit of Joel Z. Eigerman, Esquire.

Respectfully submitted,

Joel Z. Eigerman, BBO No. 152000
Pavel Bespalko, BBO No. 654315
50 Congress Street, Suite 200
Boston, MA 02109
Tel.   617-367-0014
Fax.   617-523-5612

Dated: May 5, 2004

2