UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA<br><br>On behalf of themselves and all others similarly situated,<br><br>v<br><br>PFIZER INC. and PARKE-DAVIS,<br><br>Defendants. | Civil Action No. 04-10739 PBS |

AFFIDAVIT OF JOEL Z. EIGERMAN, ESQUIRE

Now comes the affiant and hereby states and deposes as follows:

1. I am a member in good standing of the Bar of the United States District Court for the District of Massachusetts. I am also a member in good standing of the Bar of the Supreme Judicial Court of the Commonwealth of Massachusetts. I have been practicing law in the Commonwealth since 1968.

2. I petition the Court to grant leave for the attorneys listed in the Motion to appear *pro hac vice* before it to represent, with me and my associate, Pavel Bespalko, Esquire, also a member of good standing of the Bar of this Court and of the Supreme Judicial Court of the Commonwealth of Massachusetts, the interests of the plaintiff and others commonly situated in this matter.

Signed this 6th day of May 2004 under pains and penalties of applicable laws.

_____
Joel Z. Eigerman