UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>On behalf of themselves and all other similarly situated,<br><br>v.<br><br>PFIZER INC. and PARKE-DAVIS, a division of Warner-Lambert Company, 235 East 42nd Street New York, New York 10017<br><br>Defendants. | Civil Action No. 04-10739-PBS |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance in the above-captioned action as counsel of record for Pfizer Inc. and Parke-Davis, a division of Warner-Lambert Company.

Dated: May 13, 2004

David B. Chaffin
BBO# 549245
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000

### CERTIFICATE OF SERVICE

I certify that on this 13th day of May 2004, a true and correct copy of the foregoing document was served by hand on counsel of record for plaintiffs.

David B. Chaffin