DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS  2004 MAY 13  P 5: 23

FILED
CLERK'S OFFICE

THE GUARDIAN LIFE INSURANCE          )
COMPANY OF AMERICA,                  )
                                     )
     On behalf of themselves and all      )
     others similarly situated,           )
                                     )
     v.                                   )        Civil Action No. 04-10739-PBS
                                     )
PFIZER INC. and PARKE-DAVIS, a       )
division of Warner-Lambert Company,  )
235 East 42nd Street                 )
New York, New York 10017,            )
                                     )
     Defendants.                          )
_____)

## ASSENTED TO MOTION FOR ENLARGEMENT
## OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

     Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Pfizer Inc. and

Parke-Davis, a division of Warner-Lambert Company, respectfully move that the time within

which they must answer, move, or otherwise respond to the Class Action Complaint be enlarged

by 30 days, from May 25, 2004 to June 24, 2004.  The grounds for this motion are:

     1.     The Class Action Complaint is complex and lengthy.  It is 60 pages long and

contains 173 separately-numbered paragraphs.  Defendants require additional time in order that

they may prepare an adequate response.

     2.     Counsel for Plaintiffs has assented to this motion.

WHEREFORE, Defendants respectfully request that the time within they must answer, move, or otherwise respond to the Class Action Complaint be enlarged to June 24, 2004.

Dated: May *13*, 2004

PFIZER INC. and PARKE-DAVIS, A DIVISION
OF WARNER-LAMBERT COMPANY,

By their attorneys,

David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

Of Counsel:

James P. Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4084

ASSENTED TO:

Joel Z. Eigerman
BBO No. 152000
50 Congress Street, Suite 200
Boston, MA 02109
(617) 367-0014

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by hand on counsel of record for plaintiffs this _13th_ day of May 2004.

_David B. Chaffin_

David B. Chaffin