UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, <br><br> On behalf of themselves and all others similarly situated, <br><br> v. <br><br> PFIZER INC. and PARKE-DAVIS, a division of Warner-Lambert Company, 235 East 42nd Street New York, New York 10017, <br><br> Defendants. | Civil Action No. 04-10739-PBS |

**DEFENDANTS' DISCLOSURE OF INTERESTED PERSONS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Defendant Pfizer Inc. has no parent corporation, and no publicly held corporation owns 10% or more of Pfizer Inc.'s stock. The undersigned also certifies that following Pfizer Inc.'s acquisition of Warner-Lambert Company in June 2000, Defendant Parke-Davis, a division of Warner-Lambert Company, ceased to exist as a separate entity – and therefore, Parke-Davis does not currently have a parent corporation, and no publicly held corporation owns 10% or more of Parke-Davis' stock.

Dated: May 14, 2004

PFIZER INC. and PARKE-DAVIS, A DIVISION OF WARNER-LAMBERT COMPANY,

By their attorneys,

_____
David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

Of Counsel:

James P. Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4084

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by facsimile and mail on counsel of record for plaintiffs this 14th day of May 2004.

_____
David B. Chaffin