## THE LAW OFFICES OF
# DANIEL E. BECNEL, JR.
### ATTORNEYS AND COUNSELORS AT LAW
### NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
CAROLINE C. DONLON***
SALVADORE CHRISTINA, JR.
DEANNE R. SIRMON
BRADLEY D. BECNEL
REBECCA F. TODD

*Also Admitted in Colorado
***Also Admitted in Texas and Mississippi

Please Reply To:
☐ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@rtconline.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104
E-MAIL: Beckethec@aol.com

October 27, 2004

04-CV-10739-PBS

Honorable Patti B. Saris
Judge, United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2203
Boston, Massachusetts 02210

Re:   MDL No. 1629 - In re Neurontin Marketing and Sales Marketing Litigation

Dear Judge Saris:

I am writing to your Honor on behalf of a number of lawyers from throughout the country who are involved with the representation of individual personal injury actions, consumer class actions, insurer class actions and foreign government class actions.

My office moved for the MDL and, therefore, a number of suggestions have been made about holding an organizational meeting after the MDL selected a judge to coordinate this litigation. The group is thinking of having an organizational meeting of all counsel on November 3, 2004 at 10:00 a.m. at the Sheraton Boston Hotel. Hopefully the group can work together and propose a Plaintiffs' Steering Committee that will be acceptable to the Court. If the Court would rather us not meet, please advise as soon as possible so we do not offend the Court. It is simply our intention to follow the Manual for Complex Litigation in proposing a Plaintiffs' Steering Committee.

Thanking you in advance for your consideration.

Very cordially yours,

Daniel E. Becnel, Jr.
Attorney at Law

DEBJr/ks

# DRAFT

Dear Colleagues:

Don Barrett, Tom Greene, Bob Lieff, Tom Sobol and I have had lengthy conversations concerning an organizational meeting in the Neurontin Litigation. We respectfully request your presence on **Wednesday, November 3, 2004** in Boston at the **Sheraton Boston Hotel, Prudential Center, 39 Dalton Street, Boston, MA**. It is urgent that you attend this meeting if you are interested in participating. The meeting will convene at **10:00 a.m.** and should last no longer than two hours.

Please respond via facsimile if you will be attending the meeting or the name of the person who will be attending on your behalf if you cannot personally attend. Please consider what role you are interested in playing in this litigation. Hopefully, we can organize the case and hit the ground running. Also, please fax me any items you would like to be placed on the agenda.

Very cordially yours,

Daniel E. Becnel, Jr., for
Don Barrett, Bob Lieff,
Tom Greene and Tom Sobol

DEBJr/ks