UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


The Guardian Life Insurance Company of America, et al
                        Plaintiffs,                                    CIVIL ACTION
                                                                       NO.  04-10739-PBS
                                                                       MDL No. 1629
              v.


Pfizer, Inc., et al
                        Defendants.


## NOTICE OF STATUS CONFERENCE


SARIS, U.S.D.J.                                                        November 8, 2004


        TAKE NOTICE that the above-entitled case has been set for a Status Conference on
**November 23, 2004, at 2:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse
Way, Boston, Massachusetts

**NOTE: This conference pertains to all MDL 1629 actions recently received in this Court (04-12268 through 04-12272, and 04-12274 through 04-12290-PBS).**


                                        By the Court,



                                         /s/ Robert C. Alba
                                        Deputy Clerk



Copies to:  All Counsel