UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI

November 9, 2004

J. T. Noblin
CLERK
245 E. Capitol St., Suite 316
Jackson, MS 39201

TELEPHONE
(601) 965-4439

DIVISIONS
SOUTHERN at Gulfport
2012 15th Street
Suite 403, Zip 39501

HATTIESBURG at Hattiesburg
701 Main St., Room 200, Zip 39401

JACKSON at Jackson
245 E. Capitol, Suite 416
Zip 39201

EASTERN & WESTERN at Jackson
245 E. Capitol, Suite 416
Zip 39201

Honorable Tony Anastas, Clerk
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   MDL - 1692
      Southern District of Mississippi Civil Case No. 1:04cv552GRo
      District of Massachusetts Lead Civil Case No. 1:04cv10739 PBS

Dear Mr. Anastas:

Pursuant to order of the Judicial Panel on Multidistrict Litigation, filed with your court on October 26, 2004, the U. S. District Court, Southern District of Mississippi, is transferring the captioned case to your court.

By copy of this letter, we are providing attorneys of record a copy of the panel order directing this action; that order reflects the civil action number which will identify the case in further proceedings in the District of Massachusetts.

Please let us know if this office can be of any further assistance in this regard. Please acknowledge the receipt of the file by returning the extra copy of the enclosed letter. I have provided a self-addressed stamped envelope for your convenience.

Yours very truly,

J. T. NOBLIN, CLERK

By: _____
J. Hough, Deputy Clerk

cc:   Attorneys of Record