UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The Guardian Life Insurance Company of America,<br><br>                    Plaintiffs,<br><br>v.<br><br>Pfizer, Inc., et al.<br><br>                    Defendants. | Civil Action No.  1:04-cv-10739-PBS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Thomas G. Shapiro of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, MA 02109, (617) 439-3939, as counsel for Plaintiff in the above-captioned matter.

Dated:  November 22, 2004                    Respectfully submitted,

/s/Thomas G. Shapiro
Thomas G. Shapiro BBO#454680
**SHAPIRO HABER & URMY LLP**
Exchange Place
53 State Street
37th Floor
Boston MA  02109
Tel:  (617) 439-3939
*Attorneys for Plaintiffs*