## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

RALPH L. DeLOACH
CLERK
INGRID CAMPBELL
CHIEF DEPUTY CLERK
259 U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS  66101
(913) 551 6719

Topeka, Kansas
July 21, 2005

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS  67202
(316) 269-6491

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS  66683
(785) 295-2610

Clerk
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE:  Brenda Cunningham v. Merck & Co., Inc.
     Our Case No. 05-cv-4012-SAC; USDC Massachusetts Lead No. 04-10739-PBS

Dear Clerk:

Enclosed please find certified copies of the electronically filed documents in this case. Also enclosed is a copy of the MDL Transfer Order transferring this case to the District of Massachusetts and an attested copy of our docket sheet.

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

If we can be of further assistance, please contact our office.  Thank you.

Sincerely,

RALPH L. DeLOACH, CLERK


By   s/ M. Stamper
         Deputy Clerk

Enclosures