CLOSED, SCHEDCONFSET

# U.S. District Court
## District of Kansas (Topeka)
## CIVIL DOCKET FOR CASE #: 5:05-cv-04012-JAR-KGS

| | |
|---|---|
| Cunningham v. Merck & Co., Inc. et al | Date Filed: 02/03/2005 |
| Assigned to: District Judge Julie A. Robinson | Jury Demand: Defendant |
| Referred to: Magistrate Judge K. Gary Sebelius | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Demand: $75000 | |
| Cause: 28:1332 Diversity-Personal Injury | Jurisdiction: Diversity |

### Plaintiff

**Brenda Cunningham**
*Administrator of the Estate of Charles Cunningham and individually and on behalf of the heirs at law of Charles Cunningham, deceased estate of*
Charles Cunningham

represented by **Gene E. Schroer**
Gene E Schroer, Attorney at Law
115 E Seventh Street
Topeka, KS 66603
785-357-7300
Fax: 785-357-0216
Email: gschroer@schroer.kscoxmail.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neil A. Dean**
Rice, Dean, & Kelsey L.L.C
The Liberty Building
214 SW 6th St. Ste 305
Topeka, KS 66603
785-357-0333 x109
Fax: 785-357-0216
Email: ndean@rdk.kscoxmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co., Inc.**  represented by **Ann Michele Scarlett**
*a corporation*  Saint Louis University School of Law
3700 Lindell Blvd.
St. Louis, MO 63108
314-977-7240
Email: ascarlett@slu.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Aisenbrey**
Stinson Morrison Hecker LLP--1201 Walnut
1201 Walnut, Suite 2400
Kansas City, MO 64106-2150
816-842-8600
Fax: 816-691-3495
Email: jaisenbrey@stinsonmoheck.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Merck and Company, Incorporated**  represented by **Ann Michele Scarlett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C. Aisenbrey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 through 100**  represented by **Ann Michele Scarlett**
*Inclusive*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **John C. Aisenbrey**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **Pfizer, Inc.** represented by | **Ann Michele Scarlett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **John C. Aisenbrey**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Scott W. Sayler**<br>Shook, Hardy & Bacon L.L.P. --<br>Kansas City/Grand<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>816-474-6550<br>Fax: 816-421-5547<br>Email: ssayler@shb.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **Parke-Davis**<br>*Division of Warner-Lambert Company and Does 1 to 100, inclusive* represented by | **Ann Michele Scarlett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **John C. Aisenbrey**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Scott W. Sayler**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2005 | 1 | NOTICE OF REMOVAL by Merck and Company, Incorporated, Does 1 through 100, Pfizer, Inc., Parke-Davis, Merck & Co., Inc. from Shawnee County District Court, case number 04C001441., filed by Merck and Company, Incorporated, Does 1 through 100, Pfizer, Inc., Parke-Davis, Merck & Co., Inc.. (Attachments: # 1 Exhibit A Shawnee County District Court Summons and Complaint # 2 Exhibit B Defendants Consent To Removal)(sal) (Entered: 02/03/2005) |
| 02/03/2005 |   | FILING FEE PAID: in the amount of $ 150.00, receipt number 048637 (sal) (Entered: 02/03/2005) |
| 02/03/2005 | 2 | ANSWER to Complaint by Merck & Co., Inc..(Scarlett, Ann) (Entered: 02/03/2005) |
| 02/03/2005 | 3 | CORPORATE DISCLOSURE STATEMENT by Merck & Co., Inc.. (Scarlett, Ann) (Entered: 02/03/2005) |
| 02/03/2005 | 4 | MOTION to Stay *All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation and Suggestions in Support* by Defendant Merck & Co., Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Scarlett, Ann) (Entered: 02/03/2005) |
| 02/04/2005 | 5 | NOTICE of Consent to Removal by Pfizer, Inc., Parke-Davis re 1 Notice of Removal, (Sayler, Scott) (Entered: 02/04/2005) |
| 02/07/2005 | 6 | ANSWER to Complaint with Jury Demand by Pfizer, Inc., Parke-Davis.(Sayler, Scott) (Entered: 02/07/2005) |
| 03/02/2005 | 7 | TEXT ENTRY granting 4 Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (mkc) (Entered: 03/02/2005) |

| | | |
|---|---|---|
| 04/04/2005 | 8 | STATUS REPORT by Merck and Company, Incorporated, Merck & Co., Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Scarlett, Ann) (Entered: 04/04/2005) |
| 04/28/2005 | 9 | ORDER SETTING SCHEDULING CONFERENCE: Scheduling Conference set for 6/6/2005 at 09:30 AM before Magistrate Judge K. Gary Sebelius. Report of Parties Planning Meeting deadline 5/31/2005. Signed by Magistrate Judge K. Gary Sebelius on 4/28/05. (lb) (Entered: 04/28/2005) |
| 05/02/2005 | 10 | TRANSFERRING CASE to USDC Eastern District of Louisiana for disposition with attached certified copy of transfer order received from the Multidistrict Litigation Panel. (ms) (Entered: 05/03/2005) |
| 05/03/2005 | 11 | Letter from deputy clerk transferring documents to USDC Eastern District of Louisiana per transfer order from the MDL Panel. (ms) (Entered: 05/03/2005) |
| 05/03/2005 | | ***Civil Case Terminated. (ms) (Entered: 05/03/2005) |
| 05/11/2005 | 12 | RECEIPT from USDC Eastern District of Louisiana for papers sent pursuant to MDL transfer (ms) (Entered: 05/12/2005) |
| 05/20/2005 | 13 | Joint MOTION to Stay *Proceeding Pending Transfer to the MDL Court* by Defendants Pfizer, Inc., Parke-Davis (Attachments: # 1 Exhibit A# 2 Exhibit B)(Sayler, Scott) (Entered: 05/20/2005) |
| 06/03/2005 | 14 | TEXT ENTRY granting 13 Joint Motion to Stay Proceedings Pending Transfer to MDL Court. Signed by Judge Julie A. Robinson on 6/3/05. THIS IS A TEXT ENTRY ONLY; there is no.pdf document associated with this entry. (LML) (Entered: 06/03/2005) |
| 06/16/2005 | 15 | CONDITIONAL TRANSFER ORDER. Case is being transferred to USDC for the District of Massachusetts. Signed by deputy clerk on 6/10/05. (Attachments: # 1 Letter to Judge Saris) (ms) (Entered: 06/23/2005) |
| 06/23/2005 | 16 | RETURN E-mail received re 15 Order, Terminating Case |

| | | |
|---|---|---|
| | | addressed to Anne Michelle Scarlett not resent; left firm; good e-mail address is not available This is a TEXT ENTRY only (daw) (Entered: 06/23/2005) |
| 07/05/2005 | 17 | CONDITIONAL TRANSFER ORDER lifting the stay on 6/28/05. Signed by Michael J. Beck, Clerk of the Panel. (Attachment: # 1 Letter to Sarah Thornton, Clerk) (ms) (Entered: 07/07/2005) |
| 07/21/2005 | 18 | Letter to USDC Massuchusetts enclosing certified documents from our file, a copy of the MDL Transfer Order, and an attested docket sheet. (ms) (Entered: 07/21/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/28/2005 14:39:06 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:05-cv-04012-JAR-KGS |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |