UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
                                )
**IN RE NEURONTIN MARKETING**   )
**AND SALES PRACTICES LITIGATION** ) MDL NO. 1629
_____ )
                                )
**THIS DOCUMENT RELATES TO:**   ) CIVIL ACTION NO. 04-cv-10739-PBS
                                )                  04-cv-10481-PBS
KAISER FOUNDATION HEALTH        )
PLAN, INC.                      )
                                )
              v.                )
                                )
PFIZER, INC., et al.            )
                                )
_____ )


PROCEDURAL ORDER
March 29, 2010

     Parties are to file proposed findings of fact with respect
to the California Unfair Competition Law claim by April 29, 2010
not to exceed thirty pages, doubled spaced.  Any proposed
conclusions of law shall be no longer than twenty pages.  Any
replies shall be filed by May 14, 2010 and shall not exceed
twenty pages.  All proposed findings shall be accompanied by
citations to the transcript and exhibit.  No additional evidence
shall be submitted.

     SO ORDERED.


                              /s/ PATTI B. SARIS
                              UNITED DISTRICT JUDGE